IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


QUEST WORLDWIDE, INC.,             )
                                   )
            Plaintiff,             )
                                   )
v.                                 )        No. 3:07-CV-394
                                   )        (PHILLIPS/GUYTON)
TIMPCO, LLC., et al.,              )
                                   )
            Defendants.            )


## MEMORANDUM AND ORDER

        This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of

this Court, and by the Order [Doc. 20] of the Honorable Thomas W. Phillips, United States District

Judge, for disposition of defendant Timpco, LLC's ("Timpco's")Motion to Expedite Discovery.

[Doc. 14] Timpco moves the Court to order the parties to engage in limited discovery related to the

plaintiff's motion for preliminary injunction.  On November 13, 2007, the parties filed a Joint

Stipulation to Extend Time to Respond [Doc. 25] which indicated that "the parties have agreed to

certain discovery in advance of any hearing on Plaintiff's Motion for Preliminary Sanctions." [Id.]

Given that the parties appear to have resolved their discovery dispute, Timpco's motion [Doc. 14]

is hereby **DENIED as moot**.  Should any further discovery disputes arise, the parties are

**DIRECTED** to first meet and confer with each other in an attempt to resolve the dispute, and,

should such a meeting fail to resolve the dispute, then contact chambers to schedule a telephone conference.

**IT IS SO ORDERED.**

**ENTER:**

_____s/ H. Bruce Guyton_____
United States Magistrate Judge